# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: _Mark Christians_ vs. _Darren Young, et al._

**The Clerk will enter my appearance as Counsel in Appeal No.** _26-1343, -1168_ for the
following party(s): (please specify)

> Mark Christians

[✔]Appellant(s)  [ ]Petitioner(s)  [✔]Appellee(s)  [ ]Respondent(s)  [ ]Amicus Curiae  [ ]Intervenor(s)

**Please compare your information below with your information on PACER. Any updates
or changes must be made through PACER's Manage my Account.**

Attorney Name: _Samuel Weiss_  s/: _Samuel Weiss_

Firm Name: _Rights Behind Bars_

Business Address: _1800 M Street NW Front 1 #33821_

City/State/Zip: _Washington, DC 20033_

Telephone Number (Area Code): _202-455-4399_

Email Address: _sam@rightsbehindbars.org_

---

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on _5/5/2026_, I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery
within 3 calendar days, to the following non-CM/ECF participants: