# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1168

Mark Christians

Appellant

v.

Darrin Young, in his individual capacity only, et al.

Appellees

No. 26-1343

Mark Christians

Appellee

v.

Darrin Young, in his individual capacity only

Appellant

Rebecca Schieffer, Associate Warden MDSP, individual and official capacity and Alex Reyes, Associate Warden MDSP, individual and official capacity

Brent Fluke, Warden, individual and official capacity

Appellant

Cody Hanson, Unit Manager Jameson, individual and official capacity, et al.

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:20-cv-04083-LLP)
(4:20-cv-04083-LLP)

---

**ORDER**

Appellant/Cross-appellee's motion to appoint counsel is granted and Samuel Weiss is hereby appointed to represent the appellant/cross-appellee, Mark Christians, in these civil suits. Appellant/Cross-Appellee's other pending motions are denied.

Briefing is placed in abeyance pending ruling on the appellees'/cross-appellants' motion to dismiss. Appellant/cross-appellee's response to motion to dismiss is due June 22, 2026.

For information concerning appointments and reimbursement of expenses in civil appointments, please consult our website at

https://www.ca8.uscourts.gov/file/civilappointmentinformationpdf

June 11, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler