IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT

Mark Christians,

      Plaintiff-Appellant-Cross-
Appellee,

      v.

Darrin Young, et al.

      Defendants-Appellants-
Cross-Appellants.

No. 26-1168

## OPPOSITION TO MOTION TO DISMISS

1. Mark Christians, operating *pro se*, sued Defendants for violating his constitutional rights. A jury entered a verdict for Christians against some Defendants while it entered a verdict against Christians and for several other Defendants. Both Christians and Defendants appealed, and this Court docketed a cross-appeal.

2. Undersigned Counsel recently entered an appearance to represent Christians in this appeal on a pro bono basis. On June 11, this Court appointed him to represent Christians in both of these civil suits.

3. Defendants had previously filed a motion to dismiss Christians's appeal on the basis that Christians had not yet filed his opening brief, while writing

that they would withdraw the motion if Christians filed a rule-compliant opening brief.

4. Undersigned Counsel has a press of other litigation matters that did not allow him to immediately begin drafting Christians's opening brief. He respectfully requests that this Court reset the briefing schedule for the cross-appeal now that Christians has counsel with the initial brief due forty days after its order.

## CONCLUSION

For the foregoing reasons, Appellant and Cross-Appellee Mark Christians requests that this Court reset the cross-briefing schedule.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Answering Brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 24, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 186 words.

Date:  June 24, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033