Mark Christians,

      Plaintiff-Appellant-Cross-Appellee,

        v.

Darrin Young, et al.

      Defendants-Appellants-Cross-Appellants.

No. 26-1168; 26-1343

## MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME TO APPELLEE'S MOTION TO DISMISS

1. Mark Christians, operating *pro se*, sued Defendants for violating his constitutional rights. A jury entered a verdict for Christians against some Defendants while it entered a verdict against Christians and for several other Defendants. Both Christians and Defendants appealed, and this Court docketed a cross-appeal.

2. Undersigned Counsel recently entered an appearance to represent Christians in this appeal on a pro bono basis. On June 11, this Court appointed him to represent Christians in both of these civil suits. The court asked Christians to respond to the motion to dismiss which Defendants had

previously filed on the basis that Christians had not yet filed his opening brief, while writing that they would withdraw the motion if Christians filed a rule-compliant opening brief.

3. Undersigned counsel miscalendered for this response to the June 22 deadline as being due on June 24. He apologizes for the inconvenience. He works for a small and thinly resourced non-profit organization that does not have paralegals.

4. Defendants have suffered no prejudice and this appeal will proceed regardless because of their own appeal. This Court has a policy preference for hearing cases on the merits rather than deciding them on procedural hiccups.

5. Defendants have now filed a motion to strike Christians's response to punish Christians for causing a four-month delay. Defendants write that undersigned counsel's conduct is "inexplicable" in causing this delay. Undersigned counsel, however, had been notified by the clerk's office that the Court was about to appoint counsel when he entered his appearance and, eventually, that the Court would appoint him as counsel and to await that happening. He did so. Defendants were apparently unaware of that fact, but it renders their argument about a purported four-month delay as moot.

6. Christians respectfully requests that this Court reset the briefing schedule for the cross-appeal now that Christians has counsel with the initial brief due forty days after its order.

## CONCLUSION

For the foregoing reasons, Appellant and Cross-Appellee Mark Christians requests that this Court grant this motion for leave to file out of time and accepts the attached response.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 30, 2026

/s/ *Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

Appellate Case: 26-1168    Page: 4    Date Filed: 06/30/2026 Entry ID: 5657059

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This response contains 346 words.

Date: June 30, 2026

/s/ Samuel Weiss
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033