# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1168

Mark Christians

Appellant

v.

Darrin Young, in his individual capacity only, et al.

Appellees

No. 26-1343

Mark Christians

Appellee

v.

Darrin Young, in his individual capacity only

Appellant

Rebecca Schieffer, Associate Warden MDSP, individual and official capacity and Alex Reyes, Associate Warden MDSP, individual and official capacity

Brent Fluke, Warden, individual and official capacity

Appellant

Cody Hanson, Unit Manager Jameson, individual and official capacity, et al.

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:20-cv-04083-LLP)
(4:20-cv-04083-LLP)

---

## ORDER

Appellant/Cross-Appellee's motion for leave to file their response to the motion to

dismiss out of time is granted. Appellees/Cross-Appellants' motion for leave to file their motion

to strike and their reply out of time is granted. Appellees/Cross-Appellants' motion to strike the appellant's response is denied. Appellees/Cross-Appellants' motion to dismiss is denied.

The following cross-appeal briefing schedule is established: Appellant/Cross-Appellee Brief of Mark Christians due 09/02/2026.

August 03, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
                /s/ Susan E. Bindler