**Appeal No. 26-1168**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

**MARK CHRISTIANS**
Plaintiff-Appellant

**v.**

**DARRIN YOUNG**, in his individual capacity only, et al.

Defendant-Appellee

---

Appeal from the United States District Court
For the District of South Dakota – Southern
Case No. 4:20-cv-04083-LLP
*Judge Lawrence L. Piersol*

---

**ENTRY OF APPEARANCE**

---

Patrick Q. Hustead, Esq.
Connor L. Cantrell. Esq.
The Hustead Law Firm, P.C.
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
Facsimile: (303) 721-5001

*Attorneys for Defendant-Appellee*

PLEASE TAKE NOTICE that Connor L. Cantrell, Esq. of The Hustead Law Firm, A Professional Corporation hereby enter their Appearance as counsel for Defendant-Appellees, Jarred Anderson, Kelly Buchholz, John Trierweiler, Pamela Thomas, Justin Barthel, Unnamed Summit Licensed Dieticians, Unnamed Summit Dietary Assistants, Unnamed Summit Directors of Operations, Unnamed Summit District Managers, Unnamed Summit Food Service Directors, Unnamed Summit Assistant Food Service Directors, Unnamed Summit Food Service Workers and Summit Food Service, LLC ("Summit") (collectively, "Summit Appellees"), for all claims made against them. All correspondence, pleadings and/or documents related to this case should be additionally forwarded to Connor L. Cantrell.

Respectfully submitted this day of 25th day of August, 2026.


THE HUSTEAD LAW FIRM
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
The Hustead Law Firm, *A Professional Corporation*
pqh@thlf.com
clc@thlf.com
*Attorneys for Summit Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2026, I delivered a true and correct copy of the foregoing Notice of Cross Appeal via ECF and/or Electronic Mail and/or U.S. Mail to the following:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 59117-5911

Samuel David Kinder Weiss
RIGHTS BEHIND BARS
Front 1, Number 33821
1800 M. Street N.W.
Washington, DC 20033

Amanda Miller
Deputy Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, SD 57501-8501
Amanda.Miiller@state.sd.us

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.