IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Mark Christians,<br><br>Plaintiff-Appellant-Cross-Appellee,<br><br>v.<br><br>Darrin Young, et al.<br><br>Defendants-Appellants-Cross-Appellants. | No. 26-1168; 26-1343 |

**MOTION FOR EXTENSION**

1. Mark Christians respectfully asks this Court for a thirty-day extension to file his opening brief from September 2, 2026 to October 2, 2026.
2. Mark Christians, operating *pro se*, sued Defendants for violating his constitutional rights. A jury entered a verdict for Christians against some Defendants while it entered a verdict against Christians and for several other Defendants. Both Christians and Defendants appealed, and this Court docketed the appeal and cross-appeal.
3. Since before this Court's order on August 3, 2026 setting a briefing schedule for this appeal, undersigned counsel has been attempting, unsuccessfully, to communicate with his client about his opening brief.

4. Our office scheduled a legal zoom with Mr. Christians on July 14, 2026. Mr. Christians was unable to attend the zoom. He later wrote us that he was physically unable to get to the room where the conference was to take place without a level of pain that was tolerable. Prison staff also refused to tell him who the call was with. Undersigned counsel has been unable to reschedule a legal zoom since this incident.

5. On August 6, our office sent a confidential letter to Mr. Christians. The prison rejected this letter and returned it unopened on the grounds that it was "rejected."

6. On August 19, 2026, our office received a letter from Mr. Christians dated August 7 and postmarked August 14. The letter explained that all legal mail was being falsely marked as rejected and returned to sender.

7. We have communicated with the family of Mr. Christians who have had a similar inability to communicate with Mr. Christians.

8. Undersigned counsel contacted opposing counsel in August and explained the situation and asked if they would help us in facilitating a legal call, as we could not retain the current briefing schedule without contact with our client. Undersigned counsel exclusively litigates conditions cases like this one and finds that prisons, unlike jails, arrange legal calls infrequently and therefore at times understandably struggle to arrange them. In these

situations, counsel for the prison often helps facilitate these calls to keep the cases on track. Opposing counsel told undersigned counsel she would reach out and see if she could help. She did not contact our office again until she contacted undersigned counsel in response to his request for an extension stating that she is opposed.

9. Unlike many of undersigned counsel's cases in the federal appellate courts on behalf of formerly *pro se* and incarcerated plaintiffs, this is not an appeal from a dismissal at Rule 12 or a pre-service screening order. There is not one or two squarely presented legal issues. This is an appeal and cross-appeal from a jury trial that covered different defendants and legal theories. There are 639 docket entries in the district court. Undersigned counsel cannot faithfully represent Mr. Christians's interests without communicating with him about the contents of his opening brief.

## CONCLUSION

For the foregoing reasons, Appellant and Cross-Appellee Mark Christians requests that this Court extend the briefing schedule for thirty days to permit undersigned counsel to speak with his client about his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1

#33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, I electronically filed the foregoing Response with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: September 1, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 517 words.

Date: September 1, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033