**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1168

Mark Christians

Appellant

v.

Darrin Young, in his individual capacity only, et al.

Appellees

No. 26-1343

Mark Christians

Appellee

v.

Darrin Young, in his individual capacity only

Appellant

Rebecca Schieffer, Associate Warden MDSP, individual and official capacity and Alex Reyes, Associate Warden MDSP, individual and official capacity

Brent Fluke, Warden, individual and official capacity

Appellant

Cody Hanson, Unit Manager Jameson, individual and official capacity, et al.

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:20-cv-04083-LLP)
(4:20-cv-04083-LLP)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until October 2, 2026 to file the brief.

September 02, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________________

/s/ Susan E. Bindler