IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Mark Christians,<br><br>Plaintiff-Appellant-Cross-Appellee,<br><br>v.<br><br>Darrin Young, et al.<br><br>Defendants-Appellants-Cross-Appellants. | No. 26-1168; 26-1343 |

**MOTION FOR EXTENSION**

1. Mark Christians respectfully asks this Court for a thirty-day extension to file his opening brief from October 2, 2026 to November 2, 2026.
2. Mark Christians, operating *pro se*, sued Defendants for violating his constitutional rights. A jury entered a verdict for Christians against some Defendants while it entered a verdict against Christians and for several other Defendants. Both Christians and Defendants appealed, and this Court docketed the appeal and cross-appeal.
3. Since before this Court's order on August 3, 2026 setting a briefing schedule for this appeal, undersigned counsel has attempted,

unsuccessfully and frequently, to communicate with his client about his opening brief.

4. As detailed in Appellant's previous extension motion, Appellant has tried over and over to speak with Mr. Christians, who is in the custody of Defendants, on a privileged line or to communicate with him by legal mail. All calls were cancelled and all letters were rejected.

5. Undersigned counsel was finally able to speak with Mr. Christians yesterday, October 5. Mr. Christians's tablet began working to make phone calls again that morning; he does not know why. He and undersigned counsel were able to discuss the issues to raise on his appeal.

6. Unlike many of undersigned counsel's cases in the federal appellate courts on behalf of formerly *pro se* and incarcerated plaintiffs, this is not an appeal from a dismissal at Rule 12 or a pre-service screening order. There is not one or two squarely presented legal issues. This is an appeal and cross-appeal from a jury trial that covered different defendants and legal theories. There are 639 docket entries in the district court. Undersigned counsel could not faithfully represent Mr. Christians's interests without communicating with him about the contents of his opening brief. He has now, as of yesterday afternoon, done so.

7. Undersigned counsel is now aware of the issues he intends to raise and will not need further extensions after this one. He apologizes to the court for this delay in the process.

8. Counsel for Appellees and Cross-Appellants did not consent to this extension request.

## CONCLUSION

For the foregoing reasons, Appellant and Cross-Appellee Mark Christians requests that this Court extend the briefing schedule for thirty days.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026, I electronically filed the foregoing Response with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: October 6, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 367 words.

Date: October 6, 2026

<u>*/s/ Samuel Weiss*</u>
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033